IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-17CR-054-D |
| BRYAN CRAIG CHILDS | |

## INDICTMENT

The Grand Jury Charges:

### Count One
### False Information and Hoaxes
### (Violation of 18 U.S.C. § 1038(a)(1))

On or about April 26, 2017, in the Amarillo Division of the Northern District of Texas, **Bryan Craig Childs**, defendant, aided and abetted by others known and unknown to the grand jury, did intentionally convey false and misleading information, that is, that there was a bomb at the J. Marvin Jones Federal Building and United States Courthouse, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, and would have taken place, specifically, that a bomb had been placed at the J. Marvin Jones Federal Building and United States Courthouse, that would constitute a violation of Title 18, United States Code, Chapter 40, that is, damaging and destroying United States property by means of fire and explosive.

In violation of Title 18, United States Code, Section 1038(a)(1).

<u>Count Two</u>
Maliciously Conveying False Information to
Destroy Property by Means of Fire or Explosive
(Violation of 18 U.S.C. § 844(e))

On or about April 26, 2017, in the Amarillo Division of the Northern District of Texas, **Bryan Craig Childs**, defendant, aided and abetted by others known and unknown to the grand jury, through the use of telephone, and other instruments of interstate and foreign commerce, did maliciously convey false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, to unlawfully damage and destroy a building, vehicle, and other real and personal property, that is, the J. Marvin Jones Federal Building and United States Courthouse, by means of fire and an explosive, in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 844(e).

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas   79101-2446
Telephone:   806-324-2397
Facsimile:   806-324-2399
E-Mail:   anna.bell@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

BRYAN CRAIG CHILDS

INDICTMENT

18 U.S.C. § 1038(A)(1)
False Information and Hoaxes
(One Count)

18 U.S.C. § 844(e)
Maliciously Conveying False Information to Destroy
Property by Means of Fire or Explosive
(One Count)

A true bill rendered,

Amarillo                                   *[signature]*                     Foreperson

Filed in open court this __22nd__ day of __June__, A.D. 2017.

                                                                              Clerk
ARREST WARRANT TO ISSUE

*[signature]*
UNITED STATES DISTRICT JUDGE